UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEIKH MOHAMED NAJIM, <br><br> Plaintiff-Petitioner, <br><br> v. <br><br> PAMELA JO BONDI, *in her official capacity as Attorney General of the United States*; KRISTI NOEM, *in her official capacity as Director of USCIS*; JOSEPH B. EDLOW, *in his official capacity as Director of USCIS*; SUSIE QUINTANA, *in her official capacity as Director of the USCIS New York Office*; <br><br> Defendants-Respondents. | 25-CV-10432 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On January 2, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan and scheduling order one week prior to the initial conference set for January 30, 2026.  Dkt. 7.  To date, none of these materials have been received.  The parties shall submit a joint letter and proposed case management plan and scheduling order by January 29, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     January 29, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge