

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 29, 2026

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      **Re:  *Cheikh Mohamed Najim v. Pamela Bondi, et al.*, No. 25 Civ. 10432 (RA)**

Dear Judge Abrams:

      This Office represents the government in this action in which the plaintiff seeks an order directing U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an application for immigration relief (Form I-589).  Plaintiff filed this action on December 16, 2025, and the Court scheduled an initial pretrial conference for 2:00 p.m. on January 30, 2026.[1]  Plaintiff has not yet served the government (and only just filed a request for issuance of summons today).  Earlier today Plaintiff's counsel reached out to this Office about the conference scheduled for tomorrow, and so I now write respectfully to inform the Court that Plaintiff has not yet served the government as required by the Federal Rules of Civil Procedure.  Consequently, while I am prepared to appear at the conference scheduled for tomorrow, I unfortunately have not had a chance to confer with the agency client or determine the government's position on this matter, and so I request that the Court consider adjourning the conference (and the requirement to submit pre-conference submissions) until a date after the government's response to the complaint would be due after Plaintiff completes service (i.e., sixty days after service is properly effected pursuant to Fed. R. Civ. P. 4(i)).

      This afternoon, Plaintiff's counsel reached out to this Office's Civil Chief about tomorrow's conference and the Court's order regarding pre-conference submissions.  Thereafter, I was asked to handle this matter.  Given Plaintiff's failure to both serve the government as required by Rule 4(i) and to timely notify this Office of the scheduled conference, the government has been prejudiced because we have not had any time or opportunity to obtain information from the Agency.  Nor has this Office been provided a copy of any of the exhibits referred to in Plaintiff's complaint, and so prior to this afternoon we have no identifying information such as an A number or a receipt number needed for the Agency to identify this individual or the application at issue. That information was provided to the undersigned only this afternoon.

      Thus, with my apologies to the Court for the timing of this letter, I need additional time to confer with the Agency regarding the substance of the complaint, the government's anticipated response, and to see if this matter may be resolved without further litigation.  This Office is awaiting information from the Agency, which unfortunately is needed both for the government to

---

[1] According to the docket, the Court issued an order and notice of initial conference on January 2, which required the parties to file pre-conference submissions one week in advance, by January 23. ECF No. 7.  The docket further reflects that today, because such documents were not filed, the Court issued an order directing the parties to file such documents by today.  ECF No. 8.

determine its response to the complaint, as well as for any pre-conference submission. As noted, I was only provided with the necessary information this afternoon, which I have relayed to the Agency. Lastly, additional time is needed, because once pertinent information is obtained from the Agency, I will need time to confer with Plaintiff's counsel about the matters to be addressed in the pre-conference submission, and potentially to discuss a resolution of this matter.

I apologize for the timing of this request. As noted above, this Office only just learned of the conference and Court's order this afternoon, and I was only recently tasked to handle this matter. Accordingly, while I am happy to appear at tomorrow's scheduled conference, I respectfully request that the Court consider adjourning the conference until a date in early April 2026, which should permit Plaintiff's counsel time to properly serve the government as required by the federal rules, and allow the government time to obtain information about the case and to respond to the complaint.

This is the first request for an adjournment in this matter. Plaintiff's counsel has expressed consent to adjourn the initial conference for two weeks, but, as outlined above, the government respectfully submits that an initial conference before the government's response deadline would be premature.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/ *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov
*Attorney for Defendants*

cc: Counsel of record (via ECF)

Application granted. The conference previously scheduled for January 30, 2026 is hereby adjourned to April 3rd, 2026 at 3:00 p.m.

SO ORDERED.

Hon. Ronnie Abrams
January 29, 2026